1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
8                                AT TACOMA

9    UNITED STATES OF AMERICA,

                          Plaintiff,            CASE NO. CR11-5497
10

11           v.                                 INITIAL ORDER RE:
                                                ALLEGATIONS OF VIOLATION OF
12   GREGORY SANDERS,                           CONDITIONS OF SUPERVISION

                          Defendant.
13

14

15           THIS MATTER comes on for an initial hearing on the Petition of the United States

16   Pretrial Services Office alleging that the defendant has violated the conditions of supervision.

17           The plaintiff appears through Assistant United States Attorney, Fred Inman.

     The defendant appears personally and represented by counsel, Linda Sullivan.
18
             The U.S. Pretrial Services Office has filed a petition alleging violations of the
19   terms and conditions of supervision, and the defendant has been advised of the
     allegation(s).
20
             The court finds probable cause with regard to the allegation(s) and schedules a
21   hearing on the petition to be held at the time and date below set forth before Judge J.
     Richard Creatura:
22
                  *Date of hearing: Wednesday, June 27, 2012*
23
                  *Time of hearing: 11:30am*
24

     INITIAL ORDER RE: ALLEGATIONS OF
     VIOLATION OF CONDITIONS OF
     SUPERVISION- 1

IT IS ORDERED that the defendant

☐ Be released on an appearance bond, subject to the terms and conditions set forth thereon.

☒ Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 25 day of June, 2012.

Karen L. Strombom
United States Magistrate Judge